Summons in a Civil Action (Rev 11/97)

# United States District Court LED

## SOUTHERN DISTRICT OF CALIFORNIA

08 APR 14 PM 4: 19

J. Douglass Jennings, Jr., A.P.C., a
Calif. Prof. Corp., & John Douglass
Jennings. Jr.. Esq.. a Calif. resident■
vs

ILLINOIS UNION INSURANCE
COMPANY, an Illinois Corporation,

CLER. U.S. DISTRICT COURT
.....N DISTRICT OF CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 676 BEN AJB

TO: (Name and Address of Defendant)

    YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Donald P. Tremblay, Esq.
Law Office of Donald P. Tremblay
12651 High Bluff Drive, Suite 300
San Diego, CA 92130

    An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
    by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____            _____4/14/08_____
              CLERK                                                    DATE

By      C. PUSTMANN    Deputy Clerk

Summons in a Civil Action

Page 1 of 2

    ::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)