```
 1  James A. Stankowski (SBN 106367)
    Susannah M. Dudley (SBN 182939)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  555 South Flower Street, Suite 2900
    Los Angeles, California 90071
 4  Telephone:  (213) 443-5100
    Facsimile:   (213) 443-5101
 5  Attorneys for Defendants,
    ILLINOIS UNION INSURANCE
 6  COMPANY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOUGLASS JENNINGS, JR., A.P.C., a California Professional Corporation; and JOHN DOUGLASS JENNINGS, JR., ESQ., a California resident,<br><br>           Plaintiffs,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois Corporation,<br><br>           Defendants. | Case No.: 08 CV 676 BEN AJB<br>Action Filed: April 14, 2008<br><br>WAIVER OF THE SERVICE OF SUMMONS |

TO:   Donald P. Tremblay, Esq. of the Law Offices of Donald P. Tremblay

   I have received your request to waive service of a summons in this action along with a copy of the complaint and two copies of the waiver form.

   I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

   I understand that I, or the entity I represent, will retain all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections based on a defect in the summons of in the service of a summons.

   I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from June 23, 2008 (or 90 days if it was sent outside of the

1  United States). If I fail to do so, a default judgment may be entered against me or the entity I
2  represent.

3
4  DATED: June 23, 2008                    WILSON, ELSER, MOSKOWITZ,
                                           EDELMAN & DICKER LLP
5
6                                          By: _____
                                           Susannah M. Dudley
7                                          Attorneys for Illinois Union Insurance
                                           Company

2

WAIVER OF THE SERVICE OF SUMMONS

671101.1                                                              08 CV 676 BEN AJB