James A. Stankowski (SBN 106367)
Susannah M. Dudley (SBN 182939)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
555 S. Flower St., Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:   (213) 443-5101
Attorneys for Defendant,
ILLINOIS UNION INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. DOUGLASS JENNINGS, JR., A.P.C., a California Professional Corporation; and JOHN DOUGLAS JENNINGS, JR., ESQ., a California resident,<br><br>Plaintiffs,<br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendant. | CASE NO.: 08 CV 676 BEN AJB<br><br>**NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Federal Rules of Civil Procedure Sec. 7.1 and Local Rule 40.2, defendant ILLINOIS UNION INSURANCE COMPANY ("Illinois Union"), by and through its undersigned counsel, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Illinois Union Insurance Company, Defendant

2. Pacific Employers Insurance Company and ACE Limited, parent companies of Defendant Illinois Union Insurance Company.

| | | |
|---|---|---|
| 1 | Dated: August 22, 2008 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 2 | | |
| 3 | | By: s/Susannah M. Dudley |
| 4 | | James A. Stankowski |
| 5 | | Susannah M. Dudley<br>Attorneys for Defendant,<br>ILLINOIS UNION INSURANCE COMPANY |

2

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

693403.1

# PROOF OF SERVICE

I, Susannah M. Dudley, declare that:

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address 555 South Flower Street, Los Angeles, California 90071.

On August 22, 2008, I served the following document(s):

**NOTICE OF PARTY WITH FINANCIAL INTEREST**

on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

**CASE NO.: 08 CV 676 BEN AJB**

**Notice will be electronically mailed to:**

Donald Paul Tremblay: dontremblay@mac.com,nlp2560@yahoo.com

XXX   BY ELECTRONIC SUBMISSION ot the document(s) via Portable Document Format (.pdf), by uploading such documents using the court's CM/ECF system case filing which automatically generates a Notice of Electronic or NEF which allows registered e-filers to retrieve the document(s) automatically.

Executed on August 22, 2008, at Los Angeles, California.

XXX   [FEDERAL]  I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

s/ Susannah M. Dudley
Susannah M. Dudley,
Attorney for Defendants